# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

FEB 13 2014

United States District Court
Southern District of Texas
FILED
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**Mario Alberto CAZARES-Vargas**
A043 485 363
AKA: **Mario Alberto CAZARES-Casas**
IAE  YOB: 1982
**Mexico**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-14-0286-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 16, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Immigration Enforcement Agent** and that this complaint is based on the following facts:

On January 16, 2014, Mario Alberto CAZARES-Vargas, a citizen of Mexico, was encountered by Immigration Agents at the Edinburg, Texas Municipal Jail. An Immigration Detainer was placed upon the defendant and record checks revealed defendant was formally removed from the United States to Mexico on May 31, 2013, via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States at an unknown date by wading the Rio Grande River at an unknown place. On December 16, 2005, the defendant was convicted for Aggravated Robbery in violation of Texas State Law and sentenced to 5 years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

**Jorge Cuellar    Immigration Enforcement Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**February 13, 2014**  at 8:43 am   **McAllen, Texas**
Date                                  City and State

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer